UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANDRES PEREZ, on behalf of
himself and others similarly situated

                                          Case No. 1:22-cv-01417 (ER)

                     Plaintiff,             **DEFAULT JUDGMENT**

- against -


FUNICI WELDING CO.
and KUJTIM FUNICI, individually,

                               Defendants.
------------------------------------------------------------------X

       This action having been commenced on Summons and Complaint, and a copy of the Summons and Complaint having been personally served on Defendants, Funici Welding Co. ("Funici Welding") and Kujtim Funici ("Kujtim")

       A copy of the Summons issued by the Clerk of Court to Defendant Funici Welding (Dkt 006), and a copy of the Complaint were served on Defendant Funici Welding. The Affidavit of Service reflecting service upon Funici Welding was filed with the Court on March 21, 2022 (Dkt 013).

       A copy of the Summons issued by the Clerk of Court to Defendant Kujtim (Dkt 010) and a copy of the Complaint were served on Defendant Kujtim. The Affidavit of Service reflecting service upon Defendant Kujtim was filed with the Court on March 21, 2022 (Dkt 012).

       Defendants Funici Welding and Kujtim have failed to appear or respond to the Complaint by filing an answer or motion.

A Clerk's Certificate of Default was entered by the Clerk of Court for each of the Defendants, and noting each Defendant's default. (Dkt 018, 019). The time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiff has judgment against Defendants and severally, in the amount_____, made up of in unpaid earned wages, _____ in unpaid overtime wages, _____ in liquidated damages under the FLSA, _____ in liquidated damages under the NYLL, and $10,000.00 in notice damages under the NYLL and _____ in attorney fees and costs.

Dated: _____, 2022
New York, New York

_____
HONORABLE EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE