The Law Offices of Jacob Aronauer<br>
225 Broadway, 3rd Floor<br>
New York, New York 10007<br>
(212) 323-6980<br>
jaronauer@aronauerlaw.com

January 11, 2023

**MEMO ENDORSED**

<u>Via ECF</u>
Hon. Edgardo Ramos
United States District Court

Re:     Perez v. Funici Welding Co. et al.
         22-cv-01417 (ER)

Your Honor:

     This office represents Plaintiff. I apologize but I will not be able to provide an updated proposed judgment today. I am having difficulty obtaining the most current spreadsheet. I request to have until the end of the week to provide the proposed judgment.

     Respectfully,

     <u>/s Jacob Aronauer</u>
     Jacob Aronauer

---

The request for an extension of time to file the revised proposed default judgment order (until Friday, January 13, 2023) is granted. SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: January 11, 2023
New York, New York